UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA WIMBS,<br><br>            Plaintiff,<br><br>v.<br><br>HOBBY LOBBY STORES, INC., and DOES 1 through 25, inclusive,<br><br>            Defendants. | Case No.: 19cv581-BEN(BLM)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE PRE-TRIAL DEADLINES AND MANDATORY SETTLEMENT CONFERENCE**<br><br>**[ECF No. 26]** |

On October 22, 2020, the parties filed a Joint Motion to Continue Pre-Trial Deadlines and Mandatory Settlement Conference ("MSC"). ECF No. 26. The parties seek to continue all dates set in the Court's June 16, 2020 Order Granting Joint Motion to Continue Discovery Dates and MSC [ECF No. 24] by 120 days. Id. In support of their motion, the parties state that Defendant has subpoenaed 35 different health care providers in order to obtain Plaintiff's medical records, but that the parties have not been able to obtain the records in a timely manner from the United States Navy-based medical providers that provided the majority of Plaintiff's medical care immediately following the alleged incident. Id. at 2. The parties further state that, though Balboa Naval Hospital and Naval Medical Center of San Diego sent medical records to Defendant, they did not produce any billing records, imaging records, or a Certification of No Records for the billing and imaging records. Id. at 3. The parties state that, without these records, Defendant's neuroradiology expert cannot provide a complete written report or opinion and

Defendant cannot determine which third-party medical providers paid for Plaintiff's medical treatment. Id.  Furthermore, the parties state that Defendant does not know when it will receive the requested records and that it anticipates the Navy-based medical providers will not respond for at least another 60 days or longer.  Id. at 3-4.

In further support of their request, the parties state that they are encountering complications regarding scheduling additional depositions including Defendant's Federal Rule of Civil Procedure 30(b)(6) witnesses and a third-party witness who lived with Plaintiff around the time of the alleged incident who may have relevant information regarding Plaintiff's injuries and damages.  Id. at 4.  Finally, the parties state that they have engaged in preliminary settlement discussions and have agreed to participate in private mediation with mediator Michael D. Moorhead.  Id.  However, the parties state that Mr. Moorhead "only has five days available for a full day of mediation in 2020, all dates and holidays, that the Parties cannot accommodate."  Id.  Therefore, the parties state that they have tentatively agreed to participate in mediation in January 2021 and assert that a continuance of deadlines "would enable the Parties to devote their resources to private mediation and benefit the settlement process."  Id. at 5.

After considering the parties' arguments and consulting with District Judge Roger T. Benitez, the Court **GRANTS** the parties' joint motion[1] and sets the following dates:

| Deadline | Current Date | New Date |
|---|---|---|
| Fact Discovery Completion | October 27, 2020 | February 24, 2021 |
| Expert Discovery Completion | October 27, 2020 | February 24, 2021 |
| Pretrial Motions Filing Deadline | November 30, 2020 | March 30, 2021 |
| Confidential Settlement Statements | October 28, 2020 | April 2, 2021 |
| Mandatory Settlement Conference | November 4, 2020 at | April 12, 2021 at |

---

[1] The Court notes that the pre-trial dates in the instant case have been continued at least four times.  See Docket.  A continuance of 120 days is longer than would normally be granted and further continuances are unlikely to be granted in the future.

| Deadline | Current Date | New Date |
|---|---|---|
|  | 1:30 p.m. | 9:30 a.m. |
| Pretrial Disclosures | January 4, 2021 | May 10, 2021 |
| L.R. 16.1(f)(4) Meeting of Counsel | January 11, 2021 | May 17, 2021 |
| Plaintiff's Proposed Pretrial Order due to Defendants | January 19, 2021 | May 24, 2021 |
| Proposed Final Pretrial Conference Order | January 25, 2021 | June 1, 2021 |
| Final Pretrial Conference | February 1, 2021 at 10:30 a.m. | June 7, 2021 at 10:30 a.m. |

All other guidelines and requirements remain as previously set.  See ECF No. 19.

**IT IS SO ORDERED.**

Dated:  10/26/2020

Hon. Barbara L. Major
United States Magistrate Judge